UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

ABARA JOHNSON, et al.         )
                              )
        Plaintiff(s),          )
                              )   **Case No.: 23-cv-807**
vs.                           )
                              )
TITLEMAX OF VIRGINIA, INC., et )
al.                           )
        Defendant(s).          )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE AND LIMITED LIABILITY PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__TMX Finance LLC__ who is __Defendant__,
(Name of Party)                (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes            (✓) No

2. Does party have any parent corporations?

    (✓) Yes            ( ) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: __TMX Finance Holdings, Inc.__

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ) Yes  (✓) No

If yes, identify all such owners: _____
_____
_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes  (✓) No

If yes, identify entity and nature of interest: _____
_____
_____

5. In a case based on diversity jurisdiction, pursuant to Fed.R.Civ.P.7.1(a)(2), the following is a list of all members or partners of  TMX Finance LLC  and their states of citizenship:
(name of LLC or LP party)

| TMX Finance Holdings Inc. | DE, GA |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |
| _____ | _____ |
| (name of member or partner) | (state of citizenship) |

Note: If there are additional members or partners, provide their names and states of citizenship on a separate page. If any of the members or partners are an LLC or LP, provide the names and states of citizenship of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals. *See Capps v. Newmark Southern Region, LLC*, No. 21-1196 (4th Cir. Nov. 16, 2022).

/s/ Thomas R. Woodrow                                  September 22, 2023
(Signature)                                                        (Date)

MDNC (12/22)