IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ABARA JOHNSON, *et al.*, | ) |
| Plaintiffs. | ) |
| v. | ) Case No. 1:23-cv-807 |
| TITLEMAX OF VIRGINIA, INC., *et al.*, | ) |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CERTAIN PLAINTIFFS

NOW COME Plaintiffs Charles Dewberry, Chelsey Wilcox, Annie Scott, Jennifer Moore and all Defendants (collectively, "TitleMax") and hereby submit this Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as to all claims and counterclaims asserted between them in the above-captioned matter. The parties to this voluntary dismissal shall bear their own fees and costs. This voluntary dismissal shall not impact the claims or counterclaims between TitleMax and plaintiffs not specifically identified herein.

This 19th day of November, 2025.

| | |
|---|---|
| s/ Andrew H. Brown | /s/ Abram I. Moore |
| Andrew H. Brown (NCSB 28450) | Abram I. Moore |
| Brown, Faucher, Peraldo & Benson, PLLC | Daniel J. Hayes |
| 828 N. Elm Street, Suite 200 | Nelson M. Hua |
| Greensboro, NC 27401 | *Appearing by Special Appearance* |
| T: 336.478.6000 | **VENABLE LLP** |
| F: 336.273.5597 | 227 W. Monroe, Suite 1900 |
| E: drew@greensborolawcenter.com | Chicago, IL 60606 |
| | (312)-820-3439 |

*Counsel for Plaintiffs/Counter-Defendants*

*Counsel for Defendants/Counter-Claimants*

MORNINGSTAR LAW GROUP

*/s/ Shannon R. Joseph*

Shannon R. Joseph
NC State Bar No. 22144
sjoseph@morningstarlawgroup.com
Kenzie M. Rakes
NC State Bar No. 46349
krakes@morningstarlawgroup.com
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601
Telephone: (919) 590-0360

*LR 83.1 Counsel for Defendants/Counter-Claimants*